UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 AM 9:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Case No. '08 MJ 2706 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Rolando MORALES-Calleja** **AKA: Rolando Morales-Cisneros** **AKA: Rolando CALLEJA-Morales** | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about, May 21, **2008,** within the Southern District of California, defendant, **Rolando MORALES-Calleja** (AKA: Rolando Morales-Cisneros; AKA: Rolando CALLEJA-Morales) an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **September 2008.**

UNITED STATES MAGISTRATE JUDGE

TRS

**PROBABLE CAUSE STATEMENT**

On May 21, 2008, the defendant identified as, **Rolando MORALES-Calleja** (AKA: Rolando Morales-Cisneros; AKA: Rolando CALLEJA-Morales) was apprehended by the Escondido Police Department, in Escondido, California. The defendant was arrested for violation of the California Vehicle Code Section 23152 (A) "DUI/ALCOHOL/DRUGS" and booked into the Vista Detention Facility in Vista, California. While in custody of the county jail, an Immigration Agent determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release from jail.

On September 2, 2008, the defendant was referred from local custody to the custody of United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Rolando MORALES-Calleja** (AKA: Rolando Morales-Cisneros; AKA: Rolando CALLEJA-Morales) has been ordered removed from the United States by an Immigration Judge on or about July 21, 2005 and removed to Mexico, via the San Ysidro Port of Entry on July 21, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint Identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, Rolando MORALES-Calleja (AKA: Rolando Morales-Cisneros; AKA: Rolando CALLEJA-Morales) a citizen and national of Mexico.

The defendant was admonished as to his rights per MIRANDA, acknowledged his rights and elected to answer questions without counsel present. The defendant admitted his true name is Rolando MORALES-Calleja and he is a citizen of Mexico by virtue of birth in Acapulco, Guerrero, Mexico on October 14, 1975. He further admitted that he had been deported or removed from the United States on at least one occasion and had not obtained a waiver in order to re-enter the United States. The defendant admitted that he has no documents to enter or reside in the United States.